## IN THE CIRCUIT COURT OF THE 11TH JUDICIAL
## CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

VIANKA V. VEGA, individually and as
and as Parent, Natural Guardian, and
Next Friend of her minor children,
JANE DOE 1, JANE DOE 2, JANE DOE 3,
and JANE DOE 4,

CIVIL DIVISION

CASE NO.

    Plaintiffs,

vs.

WALMART, INC, and WAL-MART STORES
EAST, LP,

    Defendants.

_____/

## COMPLAINT

The Plaintiffs, Vianka V. Vega (hereinafter "Vega"), individually and as Parent, Natural Guardian, and Next Friend of her minor children, Jane Doe 1, Jane Doe 2, Jane Doe 3, and Jane Doe 4 (hereinafter collectively as "Children"), by and through the undersigned counsel, sues the Defendants, Walmart, Inc. (hereinafter "Walmart"), and Wal-Mart Stores East, LP (hereinafter "Walmart East") and alleges as follows:

1. This is an action for damages in excess of $30,000.00, exclusive of court costs, interest and attorneys' fees.

2. The Defendant Walmart is a Delaware Corporation registered to do business in Florida with its principal place of business located at 2608 SE J Street Suite B, Bentonville, AR 72716.

3. The Defendant Walmart East is a Delaware Corporation registered to do business in Florida with its principal place of business located at 702 SW 8th Street, Bentonville, AR 72716.

4. At all times material hereto, Plaintiff Vega, was a resident of Highlands County, Florida.

1

5. Jane Doe 1 is the natural and legal daughter of Vianka V. Vega, born October 28, 2005.

6. Jane Doe 2 is the natural and legal daughter of Vianka V. Vega, born August 2, 2007.

7. Jane Doe 3 is the natural and legal daughter of Vianka V. Vega, born May 15, 2015.

8. Jane Doe 4 is the natural and legal daughter of Vianka V. Vega, born September 18, 2019.

9. Venue is properly set in Miami-Dade County because it is where this cause of action accrued.

## FACTS

10. On or about July 26, 2019, Vega was grocery shopping with Jane Doe 1, Jane Doe 2, and Jane Doe 3 at Walmart Supercenter Store #4303 located at 3200 NW 79th Street, Miami, FL 33147.

11. At such time, Jane Doe 1, Jane Doe 2, and Jane Doe 3 were 13, 11, and 4 years old, respectively. Also, Vega was six months and two weeks (twenty-six weeks) pregnant of Jane Doe 4.

12. When Ms. Vega was waking by the frozen food area, she stepped on a puddle of water, slipped and fell.

13. During the subject incident, Vega suffered multiple permanent injuries, including, but not limited to, serious permanent injuries to her spine.

14. Vega's serious injuries have limited her ability to work, to do common chores, to interact with society, and to interact with her Children.

15. Also, as a consequence of the subject incident, the Children have lost the care and consortium of their mother.

## COUNT I: NEGLIGENCE – SLIP AND FALL

16. Plaintiffs repeat and reallege the allegation contained in paragraphs 1 to 15 for this Complaint as if set forth herein in its entirety.

17. On or about July 26, 2019, Walmart East was the owner and in possession of a building at 3200 NW 79th Street, Miami, FL 33147, that was used as a grocery store (hereinafter the "Property").

18. On or about July 26, 2019, Walmart was responsible for the care, operation, and maintenance of the Property.

19. At that time and place Vega went on the Property to purchase groceries.

20. Defendants negligently maintained the floor on the Property by failing to attend to a puddle of water, by failing to conspicuously warn of the slippery floor, and by failing to make reasonable frequent inspections of the Property to make sure no unsafe conditions existed. As a result, Plaintiff sustained serious injury when Plaintiff stepped on the substance and fell.

21. The negligent condition was known to Defendants or had existed for a sufficient length of time so that Defendants should have known of it.

22. As a result, Vega was injured in and about her body and extremities, suffered pain therefrom, incurred medical expenses in the treatment of the injuries, suffered possible exacerbation of pre-existing condition, and suffered physical handicap and her working ability was impaired. The injuries are either permanent or continuing in nature and plaintiff will suffer the losses and impairment in the future.

**WHEREFORE**, Plaintiff, Vianka V. Vega demands judgment for Damages against defendants Walmart, Inc. and Wal-Mart Stores East, LP, together with costs, and such other relief as this Court deems just and necessary.

## **COUNT II: LOSS OF PARENTAL CONSORTIUM UNDER SECTION 768.0415, FLORIDA STATUTES**

23. Plaintiffs repeat and reallege the allegation contained in paragraphs 1 to 15 for this Complaint as if set forth herein in its entirety.

24. The actions and inactions of Defendants Walmart and Walmart East caused significant permanent injury to Plaintiff Vega, resulting in her permanent total disability.

25. Plaintiff Vega is the natural parent of Jane Doe 1, Jane Doe 2, Jane Doe 3, and Jane Doe 4.

26. Jane Doe 1 is an unmarried dependent of Vianka V. Vega.

27. Jane Doe 2 is an unmarried dependent of Vianka V. Vega.

28. Jane Doe 3 is an unmarried dependent of Vianka V. Vega.

29. Jane Doe 4 is an unmarried dependent of Vianka V. Vega.

30. Jane Doe 1, Jane Doe 2, Jane Doe 3, and Jane Doe 4 suffered damages as a result of their mother Vianka V. Vega's permanent total disability, including damages for permanent loss of services, comfort, companionship, and society. The losses are either permanent or continuing, and they will suffer losses in the future.

WHEREFORE, Vianka V. Vega, as parent, natural guardian, and next friend of her minor children John Doe 1, John Doe 2, John Doe 3, and John Doe 4, demands judgment for damages against Defendants Walmart, Inc. and Wal-Mart Stores East, LP, together with costs, and such other relief as this Court may deem just and necessary.

## **DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand trial by jury as to all counts.

Dated: September 21, 2020

                                    Respectfully submitted,

                                    LAW OFFICES OF RICHARD R. ROBLES, P.A.
                                    Attorneys for Plaintiff
                                    905 Brickell Bay Drive, Suite 228
                                    Miami, Florida 33131
                                    Tel. (305) 755-9200
                                    Primary Email:      rrobles@roblespa.com
                                    Secondary Emails:  rquintero@roblespa.com
                                                             lmartinez@roblespa.com

                                    /s/ Richard R. Robles, Esquire
                                    Richard R. Robles, Esquire
                                    Florida Bar No. 0088481
                                    Rafael Quintero, Esquire
                                    Florida Bar No. 1022660